**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

CASE NO. _____

TOM HUSSEY PHOTOGRAPHY, LLC,

                Plaintiff,

        v.

CHRISTOPHER CLAWSON-RULE

                Defendant.

## COMPLAINT AND JURY DEMAND

      Plaintiff Tom Hussey Photography, LLC ("Hussey Photography"), by its undersigned attorneys at the law firm of Duane Morris LLP, brings this suit against Defendant Christopher Clawson-Rule d/b/a Breaking Rules Publishing ("Defendant"), and for its Complaint alleges as follows:

## SUBSTANCE OF THE ACTION

      1.     This is a case of willful copyright infringement in violation of 17 U.S.C. §§ 106(1), 501, *et seq.*  Hussey Photography seeks compensatory and statutory damages in an amount to be established at trial.

## PARTIES

      2.     Hussey Photography is a photography studio organized as a limited liability company under the laws of the State of Texas, having an address at 154 Express Street, Dallas, Texas  75207.

3.     Upon information and belief, Defendant Christopher Clawson-Rule is a an individual residing and / or working at 504 North Ocean Blvd, Pompano Beach, FL 33062. Defendant provides and conducts book-publishing services at that address, using the trade-name Breaking Rules Publishing.  On information and belief, Defendant has not incorporated or otherwise organized Breaking Rule Publishing as a valid legal entity.  Instead, Defendant merely uses that name as a d/b/a for his personal services, performed individually.

4.     Throughout the time period relevant to this lawsuit, Defendant has owned and personally operated a website used to promote his book publishing services located at the URL https://www.breakingrulespublishing.com the "Website").

## JURISDICTION AND VENUE

5.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States, and therefore this Court has jurisdiction under 17 U.S.C. § 101 *et seq.*, 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338)(a) (jurisdiction over copyright actions).

6.     Personal jurisdiction over Defendant is proper.  Defendant resides and/or conducts business in this district and has committed copyright infringement in this district, which causes harm to the Hussey Photography in this state and judicial district.

7.     Pursuant to 28 U.S.C. § 1391, venue properly lies in this Court because a substantial part of the events giving rise to the claims herein occurred in this judicial district.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

**A.     Plaintiff's Business**

8.     Hussey Photography is an award-winning photography studio specializing in commercial advertising and lifestyle photography.  Hussey Photography is the exclusive owner of all copyrights in the artistically stylized and very popular photographic image of an elderly

woman looking at her reflection in her bedroom vanity and seeing her younger self, when she was a teacher (the "Copyrighted Work").  Attached hereto as **Exhibit A** is a copy of the original photographic image that is the Copyrighted Work.

9.    Hussey Photography is the exclusive owner of all copyrights in and to the Copyrighted Works as the result of an assignment from the original author of the Copyrighted Works, Tom Hussey.   Attached hereto at **Exhibit B** is a true and accurate copy of the Assignment And Transfer Of Copyrights between Mr. Hussey and Hussey Photography.

10.    On June 8, 2009, Hussey Photography's predecessor in interest, Mr. Hussey, obtained a registration with the United States Copyright Office for the photographic work (among others).  Attached hereto as **Exhibit C** is a copy of the Certificate for Registration Number VAu 990-319 obtained from the United States Copyright Office.

11.    Hussey Photography owns all rights, title, and interest, including copyrights, in and to the Copyrighted Work, including the exclusive rights to reproduce, display, and distribute the Copyrighted Work and to bring infringement claims arising out of the unauthorized reproduction, distribution and display of the Copyrighted Work.

12.    The Copyrighted Work is one of a series of popular photographic images of elderly individuals in a variety of settings looking upon reflections of their younger selves created by Mr. Hussey over the years, which have been published on Hussey Photography's website and referred to as the "Reflections Series."

13.    As a result of the Reflections Series, among other photographic works and advertising projects, Mr. Hussey and Hussey Photography have received substantial positive recognition and awards, including the Gold Addy – a prominent award in the advertising industry – and features touting Mr. Hussey's skillful and touching photography in numerous well-known industry journals and the generally popular media, such as (among others)

3

Communication Arts Photography Annual; Best Of ASMP 2010; Archive Magazine's 200 Best Advertising Photographers; NPR's Photoblog; the Huffington Post; Photo District News' Photo of the Day; Stern Magazine; and ABC News.

**B.     Defendant's Unlawful Activities**

14.     Recently, Hussey Photography discovered that Defendant had infringed, and was continuing to infringe, Hussey Photography's exclusive copyrights in the Copyrighted Work by reproducing, displaying and distributing the Copyrighted Work as the cover of a book ("You Don't Know What I Have Done") Defendant published and distributed, in both digital and paper formats, on its Website and the websites of other book retailers, such as Amazon.com and eBay (the "Book").

15.     Specifically, Hussey Photography discovered the Copyrighted Work reproduced, distributed and publicly displayed as the cover of Defendant's Book, without Hussey Photography's authorization, at the following URL's:

- https://www.breakingrulespublishing.com/store/p165/You_Don%27t_Know_What_I_Have_Done_by_Sheila_McNaughton.html;

- https://www.amazon.com/Dont-Know-What-Have-Done/dp/1710300744;

- https://www.breakingrulespublishing.com/uploads/6/2/2/7/62273543/s246251335694021705_p165_i1_w750.jpeg;

16.     Screenshots of the Defendant's infringing reproduction, distribution and public display of the Copyrighted Work on its Book as displayed on its Website and the Amazon.com website are attached hereto as **Exhibit D**.

17.     Defendant's infringing uses of the Copyrighted Work was for the commercial purposes of publishing and selling the Book under a contract with the author, pursuant to which Defendant was responsible for selecting the cover image for the Book, as well as printing, distributing and selling the Book.

18.     Defendant intended to, and on information and belief has, commercially profited from the infringement of the Hussey Photography's Copyrighted Work without paying Hussey Photography (or anyone else) for a license or other permission to reproduce, display, distribute or otherwise use the Copyrighted Work.

19.     Defendant was aware that it did not own and had no license or other permission to use the Copyrighted Work as the cover of its Book, or to display it on its Website, or to distribute it to other retailers for display and sale.  On information and belief, Defendant made no effort to obtain a license or other permission to reproduce, display and distribute the Copyrighted Work, acting in reckless disregard of Plaintiff's exclusive copyrights.

20.     On November 16, 2021, Plaintiff by and through counsel served notice on the Defendant of its infringing reproduction, distribution and public display of the Copyrighted Work and demanded that Defendant cease all such infringing activity, among other relief. Despite that demand, and follow up demands, Defendant has failed or refused to remove the infringing display and sale of its Book on and through the Amazon.com website.

### FIRST CLAIM FOR RELIEF
### COPYRIGHT INFRINGEMENT
### (17 U.S.C. § 101 *et seq.*)

21.     Hussey Photography re-alleges paragraphs 1 through 20 above and incorporates them by reference as if fully set forth herein.

22.     The Copyrighted Work is an original work of authorship, embodying copyrightable subject matter, subject to the full protection of the United States copyright laws. Hussey Photography owns the sole and exclusive copyrights in the Copyrighted Work, including without limitation the right to sue for infringement.

23.     The Copyrighted Work was timely registered with the Copyright Office prior to Defendant's commencement of its infringing actions.

24.     Defendant had access to the Copyrighted Work prior to its commencement of infringing actions.

25.     By its actions set forth above, Defendant has infringed, and continues to infringe, Hussey Photography's exclusive rights in the Copyrighted Work in violation of the Copyright Act, 17 U.S.C. §501.

26.     Defendant's infringement of Hussey Photography's copyrights has been willful and deliberate, or at a minimum in reckless disregard of Hussey Photography's exclusive copyrights in the Copyrighted Work, and Defendant has profited from its infringing conduct at the expense of Hussey Photography.

27.     As a direct and proximate result of Defendant's infringement of Hussey Photography's exclusive rights in the Copyrighted Work, Hussey Photography is entitled to recover his actual damages resulting from Defendant's unauthorized and uncompensated uses of the Copyrighted Work, and in addition, Hussey Photography is entitled to recover damages based on a disgorgement of Defendant's profits connected to sales of its Book, pursuant to 17 U.S.C. § 504(b).

28.     In the alternative, and at Hussey Photography's election, Hussey Photography is entitled to an award of statutory damages, up to a maximum amount of $150,000, as a result of Defendant's willful infringement of the Copyrighted Work, or up to a maximum amount of $30,000 if Defendant's infringement is determined not to have been willful, pursuant to 17 U.S.C. § 504(c).

WHEREFORE, Plaintiff demands judgment as follows:

1.     A declaration that Defendant has infringed Hussey Photography's copyrights in the Copyrighted Work in violation of the Copyright Act;

2.     A declaration that such infringement has been willful;

3.      An award of Hussey Photography's actual damages and a disgorgement of Defendant's profits, under 17 U.S.C. § 504(b), in an amount to be determined at trial, or, at Hussey Photography's election, an award of statutory damages in an amount determined at trial, pursuant to 17 U.S.C. § 504(c);

4.      An award of Hussey Photography's costs and expenses incurred in this action, including its reasonable attorneys' fees, pursuant to 17 U.S.C. § 505;

5.      An award of interest, including pre-judgment interest, on the foregoing sums;

6.      A permanent injunction requiring Defendant to recall all copies of the Book from all third parties to whom Defendant distributed such copies, and to remove all displays of the Copyrighted Work as the cover of the Book from all websites Defendant owns or controls, or otherwise caused to post such a display, including without limitation Amazon.com, and further prohibiting Defendant, his employees, agents, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from:

(a)     directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop or manufacture any works containing, or derived or copied from the Plaintiff's Copyrighted Work, or to participate or assist in any such activity; and

(b)     directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of the Copyrighted Work.

7.      For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury pursuant to Fed. R. Civ. P. 38.

Dated: December 28, 2021                    Respectfully submitted,

                                            **DUANE MORRIS LLP**

                                            /s/ *Julian A. Jackson- Fannin*
                                            Julian A. Jackson-Fannin, Esq.
                                            Florida Bar No. 0093220
                                            jjfannin@duanemorris.com
                                            201 S. Biscayne Blvd., Suite 3400
                                            Miami, Florida 33131
                                            Tel:  305.960.2253
                                            Fax: 305.402.0544

                                            Steven M. Cowley (pro hac vice application to
                                            be submitted)
                                            100 High Street, Suite 2400
                                            Boston, MA 02110-1724
                                            Telephone: (857) 488-4261
                                            Facsimile: (857) 401-3090
                                            SMCowley@duanemorris.com

                                            *Counsel for Plaintiff Tom Hussey*
                                            *Photography, LLC*