UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TOM HUSSEY PHOTOGRAPHY, LLC

PLAINTIFF(S)

v.

CHRISTOPHER CLAWSON−RULE,

DEFENDANT(S).

CASE NUMBER
0:21−cv−62572−FAM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**CHRISTOPHER CLAWSON−RULE**

as of course, on the date March 10, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorts−Rodriguez*
Deputy Clerk

cc:  Judge Federico A. Moreno
     TOM HUSSEY PHOTOGRAPHY, LLC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)